UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALEXANDER BARHATKOV,
    Plaintiff,

v.                          Case No: 6:17-cv-2197-Orl-18TBS

CENTERSTATE BANK, N.A.,
    Defendant.

## ORDER

This case was referred to the United States Magistrate Judge for a report and recommendation on Plaintiff Alexander Barhatkov's ("Barhatkov") Motion for Leave to Proceed *in Forma Pauperis* (Doc. 7). On January 5, 2018, the United States Magistrate Judge entered a Report and Recommendation regarding same (Doc. 8), to which Barhatkov filed an objection (Doc. 9). After review of the Report and Recommendation (Doc. 8) and *de novo* review of the portions of the Report and Recommendation to which Cotrich objected, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 8) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Plaintiff Alexander Barhatkov's Motion for Leave to Proceed *in Forma Pauperis* (Doc. 7) is **DENIED as moot**.

3. Plaintiff Alexander Barhatkov's Amended Complaint (Doc. 6) is **DISMISSED without prejudice** for lack of jurisdiction.

4. The Clerk of Court is directed to **CLOSE** the case.

**DONE and ORDERED** in Orlando, Florida, this 27 day of February, 2018.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Unrepresented Parties